# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2013

Robert P. Young, Jr.,
Chief Justice

146243

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE CITY OF BAY CITY,
      Plaintiff-Appellee,

v

PAUL CHRISTIAN HAMPTON,
      Defendant-Appellant.

SC: 146243
COA: 308849
Bay CC: 11-001002-AR

_____/

On order of the Court, the application for leave to appeal the October 19, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2013

_____
Clerk

p0325